Rust
*v.*
Boston Mill
Corpora·
tion.

If therefore the flats without the mill dam did not pass to Simonds and others in the year 1643, the town continued seised thereof until the year 1807, when it was released to the tenants. So that on either ground the tenants are clearly entitled to the flats in controversy.

*Judgment according to verdict.*

## 172    DAVID HALE *versus* THE MERCANTILE MARINE INSURANCE COMPANY.

Insurance on goods from Boston to Terceira, and at and from thence to port of dis·· charge in the United States, a quarter per cent to be added to the premium for every other port used in the Western Islands. The vessel, without going to Terceira, went immediately to Graciosa, another of the Western Islands, where a loss happened. *Held*, that there was no deviation.

*March* 29*th.*

INSURANCE was made on property on board the schooner Mary Eliza, at and from Boston to Terceira, one of the Western Islands ; and at and from thence to port of discharge in the United States, for a premium of one and three quarters per cent, a quarter per cent to be added for every other port used in the Western Islands. The vessel sailed from Boston to Graciosa, one of the Western Islands, not having previously stopped at any other place, and while there a partial loss was sustained upon the property insured. The question was, whether there was a deviation, and the Court, upon the authority of *Houston* v. *New England Ins. Co.* 5 Pick. 89, held that the vessel was not obliged to go to Terceira first, and so there was no deviation ; whereupon the defendants were defaulted.

*Sumner*, for the plaintiff.

*Welsh*, for the defendants.